UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-CV-60466-WPD

Kary Suceli Lopez Barillas,
A#206-860-599,

      Petitioner,

vs.

MARC J. MOORE, et al.,

      Respondents.

_____/

## ORDER REQUESTING RESPONSE

THIS CAUSE is before the Court on Petitioner's March 3, 2017 Verified Petition for

Writ of Habeas Corpus Under 28 U.S.C. §2241 and March 28, 2017 Application for Issuance of

Order to Show Cause.  [DE's 1, 5].  The Court requests a response from Respondents on or

before April 5, 2017.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 29th day of March, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Marilynn Lindsey, AUSA
MARILYNN.LINDSEY@USDOJ.GOV