UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-CV-60466-WPD

Kary Suceli Lopez Barillas,
A#206-860-599,

      Petitioner,

vs.

MARC J. MOORE, et al.,

      Respondents.

_____/

## ORDER SETTING HEARING ON VERIFIED PETITION

THIS CAUSE is before the Court upon Petitioner's March 3, 2017 Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and March 28, 2017 Application for Issuance of Order to Show Cause.  [DE's 1, 5].   The Court has carefully considered the Petition and Motion, Respondents April 5, 2017 Response to Petition [DE 7], and is otherwise fully advised in the premises.   Pursuant to 28 U.S.C. § 2243, the Court hereby sets a hearing on the Petition.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A hearing on Petitioner's March 3, 2017 Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is hereby set for **1:15 P.M.** on **Tuesday, April 11, 2017,** at in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida;

2. As it appears the Petition and the Response present only issues of law, Respondents are not required to produce Petitioner at the hearing;

3.   Petitioner may file a Reply to the Response [DE 7] on or before April 10, 2017.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 6th day of April, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record