UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-CV-60466-WPD

Kary Suceli Lopez Barillas,
A#206-860-599,

      Petitioner,

vs.

Orestes L. Cruz,

      Respondents.

_____/

## ORDER

Upon consideration of Petitioner's Motion to Leave to Proceed on Appeal In Forma

Pauperis and supporting Affidavit [DE 15], said Motion [DE 15] is **GRANTED**.

    **IT IS HEREBY ORDERED** that Petitioner be allowed to file her proposed Notice of

Appeal without prepayment of docket fees and be allowed to proceed on appeal in forma

pauperis in the above-referenced case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 24th day of April, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record