UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-CV-60466-WPD

Kary Suceli Lopez Barillas,
A#206-860-599,

      Petitioner,

vs.

MARC J. MOORE, *et al.,*

      Respondents.

_____/

## ORDER SETTING HEARING

THIS CAUSE is before the Court upon the October 25, 2017 Mandate issued by the

United States Court of Appeals for the Eleventh Circuit in Appellate Case No. 17-11881-JJ (the

"Mandate") [DE 25].

Pursuant to the Mandate [DE 25], it is hereby **ORDERED AND ADJUDGED** as

follows:

1.     A hearing regarding whether Lopez Barillas's parole renders this case moot is

    hereby set for **1:15 P.M.** on **Thursday, November 2, 2017,** in Courtroom 205B

    at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 26th day of October, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record