UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 17-CV-60466-WPD

Kary Suceli Lopez Barillas,
A#206-860-599,

     Petitioner,

vs.

MARC J. MOORE, *et al.,*

     Respondents.
_____/

## **ORDER**

THIS CAUSE is before the Court upon the October 25, 2017 Mandate issued by the United States Court of Appeals for the Eleventh Circuit in Appellate Case No. 17-11881-JJ (the "Mandate") [DE 25].

On March 3, 2017, Petitioner filed a Verified Petition For Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting that, despite her status as an "arriving alien," she was entitled to immediate release from detention pending immigration proceedings or, alternatively, to an individualized bond hearing before an Immigration Judge. *See* [DE 1].

On April 14, 2017, following briefing and oral argument, the Court entered a Final Judgment and Order Denying Habeas Petition, holding that Petitioner was properly detained pursuant to 8 U.S.C. § 1225 (b)(2)(A). *See* [DE 14].  Petitioner filed a Notice of Appeal on April 25, 2017. *See* [DE 17].

In June of 2017, during the pendency of her appeal, Petitioner was released on parole.  In light of that development, the Eleventh Circuit remanded the case to the undersigned for the limited purpose of determining in the first instance whether the parole renders this case moot.

*See* [DE 25].  The parties filed arguments and evidence in support of their positions.  *See* [DE's 27-30].  The Court held a hearing on the issue of mootness on November 2, 2017.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

After considering the evidence presented regarding the conditions of Petitioner's parole and the arguments of counsel, the Court determines that Petitioner's parole did not moot her appeal.  The $20,000 bond posted by Petitioner as a condition of her release on parole, that her parole can be revoked at any time, and that her parole is limited to one year are all compelling factors demonstrating that Petitioner still has restraints on her liberty that she may have a right not to experience were the appellate court to hold that Petitioner is entitled to an individualized bond hearing before an Immigration Judge.  As the parole did not render the case moot, Petitioner should be permitted to proceed with her appeal of this Court's April 14, 2017 Final Judgment and Order Denying Habeas Petition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of November, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Eleventh Circuit Court of Appeals